IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARY KNEECE LANE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SAVANNAH HEALTH SERVICES, LLC,<br><br>　　　Defendant. | CIVIL ACTION NO.: 4:21-cv-104 |

## **O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on June 1, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to bear its own attorney fees and costs. (Doc. 44.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 16th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA